THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERESFORD HALL, Appellant. [931 NYS2d 254]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Dillon, JJ., concur.